**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Jorge Fermin Mendoza ZUBIATE, Defendant–Appellant.**

**No. 01–50580.**

**D.C. No. CR–00–01093–CAS–01.**

United States Court of Appeals, Ninth Circuit.

Submitted Sept. 8, 2003.[*]

Decided Sept. 15, 2003.

Miriam A. Krinsky, AUSA, Kevin Scott Rosenberg, Los Angeles, CA, for Plaintiff–Appellee.

Darlene M. Ricker, Attorney at Law, Malibu, CA, for Defendant–Appellant.

Before PREGERSON, THOMAS and PAEZ, Circuit Judges.

MEMORANDUM[**]

Jorge Zubiate appeals his conviction and 33–month sentence following his guilty

---

1. All pending motions are denied.

[*] This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

plea to possession with intent to distribute more than 100 grams of heroin, in violation of 21 U.S.C. § 841(a)(1).

Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Zubiate's counsel has submitted a brief stating that he has found no meritorious issues for review. Appellant submitted a supplemental pro se brief in Spanish. Upon order of the Court, counsel filed a response to Zubiate's pro se brief. The government did not file a brief.

Our consideration of counsel's brief and our independent review of the record under *Penson v. Ohio,* 488 U.S. 75, 83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), disclose no issues requiring further review. Accordingly, counsel's motion to withdraw is **GRANTED**, and the district court's judgment is **AFFIRMED.**

---

\* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.